OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 12, 2005

**Josy W. Ingersoll**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

      RE:   <u>CFMT Inc., et al v. YieldUP Intl Corp</u>.
              CA 98-790 JJF

Dear Counsel:

     The Clerk's Office is currently in the process of returning Trial Exhibits in Judge McKelvie's closed cases. Presently we have **3-boxes** of Plaintiff's admitted trial exhibits and Markman exhibits to return to you. Please contact the undersigned to schedule pick-up of these exhibits.

     ***If counsel does not place their order to claim Trial Exhibits by 12/29/05, the Clerk will destroy any unclaimed exhibits.***

     Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

                 Sincerely,

                 By: *[signature]*
                 Bob Cruikshank
                 Deputy Clerk