OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 14, 2005

**Mary B. Graham**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

      RE:   CFMT Inc., et al v. YieldUP Intl Corp.
              CA 98-790 JJF

Dear Counsel:

    I am returning to you Defendant's Trial Exhibits consisting of <u>1 box</u>. Please acknowledge receipt of said exhibits on the copy of this letter.

                                       Sincerely,

                                       **Peter T. Dalleo**
                                       Clerk of the Court

I hereby acknowledge receipt of the above exhibits on December 14, 2005

                                       _____
                                                Signature

/rc