OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

Jan 6, 2006
~~December , 2005~~

**Josy W. Ingersoll**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

RE:   <u>CFMT Inc., et al v. YieldUP Intl Corp</u>.
      CA 98-790 JJF

Dear Counsel:

I am returning to you Plaintiff's Trial Exhibits consisting of <u>3 boxes</u>. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on Jan 6th, 2006 ~~December , 2005~~

_____
Signature

/rc